UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| AARON K. DANIELS, | ) | 3:14-cv-00499-RCJ-WGC |
|---|---|---|
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | November 20, 2017 |
| DR. DAVID MAR, | ) | |
| Defendant. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant has filed his Motion for Summary Judgment (ECF No. 33) in this action. Plaintiff has failed to oppose the motion.

Plaintiff shall be given an additional **twenty (20) days** from the date of this order within which to file an opposition to Defendant's Motion for Summary Judgment (ECF No. 33).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk